

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jared Hooper<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA14-150M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant's Counsel</u>, IT IS ORDERED that a detention hearing is set for <u>Monday April 28</u>, <u>2014</u>, at <u>10:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4/24/14

_____
/Magistrate Judge

**JEAN P. ROSENBLUTH**